| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| NORTHERN DISTRICT OF GEORGIA | |
| Case number *(if known)* _____ | Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Five Dreams Holdings, LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **81-2472381** |
| 4. | **Debtor's address** | **Principal place of business** <br><br> **5742 Bells Ferry Rd** <br> **Acworth, GA 30102** <br> Number, Street, City, State & ZIP Code <br><br> **Cherokee** <br> County | **Mailing address, if different from principal place of business** <br><br> **632 Cotton Road** <br> **Canton, GA 30115** <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Debtor **Five Dreams Holdings, LLC** _____ Case number (*if known*) _____
    Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **See Attachment** _____ Relationship _____
District _____ When _____ Case number, if known _____

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 2

6/03/19 5:30PM

Debtor  **Five Dreams Holdings, LLC**                                                Case number (*if known*)
         Name

**11. Why is the case filed in** *this district?*  *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other

**Where is the property?**   _____
                              Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
        Contact name     _____
        Phone            _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49               ☐ 1,000-5,000         ☐ 25,001-50,000
☐ 50-99              ☐ 5001-10,000         ☐ 50,001-100,000
☐ 100-199            ☐ 10,001-25,000       ☐ More than100,000
☐ 200-999

**15. Estimated Assets**

■ $0 - $50,000                ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000          ☐ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million     ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000                ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000          ■ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million     ☐ More than $50 billion

Debtor  **Five Dreams Holdings, LLC**                    Case number (*if known*)
         Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June  3, 2019**
              MM / DD / YYYY

**X** **/s/ Brian Stewart**                              **Brian Stewart**
    Signature of authorized representative of debtor    Printed name

Title  **Manger**

**18. Signature of attorney**

**X** **/s/ Leslie Pineyro**                            Date **June  3, 2019**
    Signature of attorney for debtor                         MM / DD / YYYY

**Leslie Pineyro 969800**
Printed name

**Jones & Walden, LLC**
Firm name

**21 Eighth Street, NE**
**Atlanta, GA 30309**
Number, Street, City, State & ZIP Code

Contact phone  **404-564-9300**     Email address  **info@joneswalden.com**

**969800 GA**
Bar number and State

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 4

Debtor **Five Dreams Holdings, LLC**  Case number *(if known)*
Name

| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF GEORGIA |
| Case number *(if known)* _____  Chapter **11** |

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| Debtor | **Myrtle Janice Stewart** | | Relationship to you | **Member of Debtor** |
|---|---|---|---|---|
| District | **N.D.G.A.** | When | Case number, if known | |
| Debtor | **Robert Stewart, Inc.** | | Relationship to you | **Affiliate** |
| District | **N.D.G.A.** | When | Case number, if known | |

Fill in this information to identify the case:

Debtor name: **Five Dreams Holdings, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF GEORGIA**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Bartow Paving Company, Inc.**<br>1055 Rowland Springs Road<br>Cartersville, GA 30120-1685 | | | Unliquidated<br>Disputed | | | $21,189.69 |
| **Cleanstar National, Inc.**<br>14525 SW Millikan Way, #7790<br>Beaverton, OR 97005-2343 | | | Unliquidated<br>Disputed | | | $7,501.00 |
| **Crossroads Leasing, LLC**<br>3330 Cobb Parkway NW<br>Suite 324302<br>Acworth, GA 30101 | | | Unliquidated<br>Disputed | | | $58,795.01 |
| **J L Hunter Construction**<br>5330 Oakdale Road<br>Smyrna, GA 30082 | | Contractor Asserted Claims | Unliquidated<br>Disputed<br>Subject to Setoff | | | $0.00 |
| **Morris Bank**<br>Attn: Spence Mullis, President<br>301 Bellevue Avenue<br>Dublin, GA 31021 | | 5742 Bells Ferry Rd, Acworth, GA 30102 | | $9,700,000.00 | Unknown | Unknown |
| **U.S. South Plumbing, Inc.**<br>7555 Industrial Court<br>Alpharetta, GA 30004 | | | Unliquidated<br>Disputed | | | $14,947.70 |
| **Vertical Earth Incorporated**<br>6025 Matt Hwy<br>Cumming, GA 30028 | | | Unliquidated<br>Disputed | | | $296,394.01 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Debtor  **Five Dreams Holdings, LLC**
     Name

Case number *(if known)*

Official form 204                Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims           page 2

.

Bartow Paving Company, Inc.
1055 Rowland Springs Road
Cartersville, GA 30120-1685


Cherokee County Tax Comm
100 North Street
Ste 131
Canton, GA 30114


Christopher Carr
Attorney General of Georgia
40 Capitol Square SW
Atlanta, GA 30334


Cleanstar National, Inc.
14525 SW Millikan Way, #7790
Beaverton, OR 97005-2343


Crossroads Leasing, LLC
3330 Cobb Parkway NW
Suite 324302
Acworth, GA 30101


Cuda, LLC
1735 Buford Hwy Suite 215-205
Cumming, GA 30041


Georgia Dept of Revenue
Compliance DIv/ARCS Bankruptcy
1800 Century Blvd, NE, #9100
Atlanta, GA 30345


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

```
Internal Revenue Service
Central Insolvency Office
401 W. Peachtree St., NW
Atlanta, GA 30308



J L Hunter Construction
5330 Oakdale Road
Smyrna, GA 30082



John L. Hunter Construction Co
5330 Oakdale Rd SE
Smyrna, GA 30082-5218



Lynne Riley
State of Georgia Revenue Commi
1800 Century Blvd, N.E.
Atlanta, GA 30345



Mark Butler, Comm. of Labor
Georgia Department of Labor
148 Andrew Young Int't, #900
Atlanta, GA 30303



Morris Bank
Attn: Spence Mullis, President
301 Bellevue Avenue
Dublin, GA 31021



Office Of the Chief Co. IRS
1111 Constitution Ave
Washington, DC 20224



Office of the U.S. Trustee
362 Richard B. Russell Federal
75 Ted Turner Drive, SW
Atlanta, GA 30303
```

```
Secretary of the Treasury
15th & Pennsylvania Ave, NW
Washington, DC 20200



U.S. Attorney
600 Richard B. Russell Buildin
75 Ted Turner Drive, SW
Atlanta, GA 30303



U.S. Attorney General
Attn: Civil Process Clerk
950 Pennsylvania Ave , NW
Washington, DC 20530-0001



U.S. Securities & Exchange Com
Office of Reorganization
950 E. Paces Ferry Rd NE, 900
Atlanta, GA 30326



U.S. South Plumbing, Inc.
7555 Industrial Court
Alpharetta, GA 30004



United States Small Business A
Maria Contreras-Sweet, Adminis
409 3rd St, SW.
Washington, DC 20416



Vertical Earth Incorporated
6025 Matt Hwy
Cumming, GA 30028
```

# United States Bankruptcy Court
## Northern District of Georgia

In re  **Five Dreams Holdings, LLC**                            Case No.
                                    Debtor(s)                   Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Five Dreams Holdings, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **June  3, 2019** | **/s/ Leslie Pineyro** |
| Date | **Leslie Pineyro 969800** |
| | Signature of Attorney or Litigant |
| | Counsel for   **Five Dreams Holdings, LLC** |
| | **Jones & Walden, LLC** |
| | **21 Eighth Street, NE** |
| | **Atlanta, GA 30309** |
| | **404-564-9300 Fax:404-564-9301** |
| | **info@joneswalden.com** |